30788, 30789. ENSLEY v. ENSLEY et al.

PER CURIAM.
These two appeals are from a judgment sustaining a motion to dismiss one defendant in a multi-party suit to set aside a judgment. Under Code Ann. § 81A-154 (b) and this court's decision in *Walker v. Robinson,* 232 Ga. 361 (207 SE2d 6) (1974), the appeals are premature and must be dismissed.
*Appeals dismissed. All the Justices concur.*

SUBMITTED JANUARY 30, 1976 — DECIDED FEBRUARY 24, 1976.

*Paul R. Koehler,* for appellants.
*McDonald & Dupree, Hilton B. Dupree, Jr., Grubbs & Platt, J. M. Grubbs,* for appellees.